SUSSMAN, Appellant, v. ROSENBLUM, Respondent. (Supreme Court, Appellate Division, Second Department. May 2, 1899.) Action by Sarah Sussman against James Rosenblum.

PER CURIAM. The present rule is that pleadings should be construed with reasonable liberality. So construed, we are of opinion that the counterclaim intended to charge an assault arising out of the same affray for which the defendant is sued by the plaintiff. The interlocutory judgment should be affirmed, with costs to the respondent to abide the final event of the action.

· THAYER, Respondent, v. THAYER, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Chloe A. Thayer against Preston Thayer, as executor, etc. No opinion. Judgment affirmed, with costs.

THEISS, Respondent, v. TRAVELERS' INS. CO. OF HARTFORD, Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1899.) Action by Henry Theiss against the Travelers' Insurance Company of Hartford, Conn. R. Thorne, for appellant. A. J. Westermayr. for respondent. No opinion. Judgment affirmed, with costs.

THOMAS, Respondent, v. CITY OF WATERTOWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Emma Thomas against the city of Watertown. No opinion. Judgment and order affirmed, with costs.

THOMAS v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. May 5, 1899.) Action by Oscar B. Thomas against the Metropolitan Street-Railway Company. No opinion. Motion denied.

THOMAS, Respondent, v. REMINGTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by John Thomas against Herman Remington. No opinion. Judgment affirmed, with costs.

THORN v. LAZARUS. (Supreme Court, Appellate Division, First Department. May 5, 1899.) Action by William Thorn against Samuel Lazarus. No opinion. Motion granted. See 57 N. Y. Supp. 279.

THORNTON, Appellant, v. MOORE et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 3, 1899.) Action by William L. Thornton, administrator, against Julia S. Moore and others. No opinion. Judgment affirmed, with costs. See 56 N. Y. Supp. 1100.

TOWN OF CLAY, Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Action by the town of Clay against Adoniram Hart. No opinion. Judgment affirmed, with costs. See 55 N. Y. Supp. 43.

TRUGLIO, Respondent, v. SACKS, Appellant. (Supreme Court, Appellate Division, Second Department. May 2, 1899.) Action by Vito Truglio against Herman Sacks. No opinion. Judgment affirmed, with costs.

VAN CAMP, Respondent, v. SEARLE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 31, 1899.) Action by Joseph Van Camp against Edward P. Searle, late sheriff of Orleans county, and others, impleaded with the Orleans County National Bank and John G. Sawyer, appellants, and Charles A. Keeler and David N. Salisbury, respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, payable by the respondents.

VAN ETTEN, Appellant, v. MARION, Respondent. (Supreme Court, Appellate Division, Third Department. May 9, 1899.) Action by Fred B. Van Etten against John C. Marion. No opinion. Order affirmed, with $10 costs and disbursements.

VICARY, Respondent, v. JAMES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by William H. Vicary, as receiver, etc., against Margaret C. James, impleaded, etc. No opinion. Judgment affirmed, with costs.

VIELE et al., Respondents, v. ROCHESTER SAV. BANK, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Platt B. Viele and others, as executors, etc., against the Rochester Savings Bank, impleaded, etc. No opinion. Judgment affirmed, with costs, payable out of the fund.

VINCENT, Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Herbert B. Vincent against Christ Johnson. No opinion. Judgment of the county court reversed, with costs, and the judgment of the justice's court affirmed, with costs.

VULCAN FURNACE CO., Appellant, v. MILLARD, Respondent. · (Supreme Court, Appellate Division, Third Department. May 3, 1899.) Action by the Vulcan Furnace Company against John H. Millard. No opinion. Order affirmed.

WEEKS, Appellant, v. COE, Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1899.) Action by Count W. Weeks against E. Holloway Coe, executor of E. Frank Coe, deceased. No opinion. Order affirmed, with costs. See 55 N. Y. Supp. 263.